# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHNNIKA LOFTIN,

    Petitioner,

v.                                        CASE NO. 4:07cv208-RH/WCS

WARDEN PAIGE AUGUSTINE,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed." The clerk shall close the file.

    SO ORDERED this 31st day of July, 2007.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge